FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2008 JUN 30 P 2: 13

BY DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA           CIVIL ACTION NO. 05-915-RET-DLD

versus

BARRY EDWARD DAWSEY, ET AL

### ORDER OF DISMISSAL WITH PREJUDICE

CONSIDERING the *Motion to Dismiss with Prejudice* filed by Plaintiff, United States of America, and for good cause shown:

IT IS HEREBY ORDERED that the motion be GRANTED.

IT IS FURTHER ORDERED that the above-captioned action be DISMISSED WITH PREJUDICE, and that each party shall bear their own costs.

SIGNED IN CHAMBERS in Baton Rouge, Louisiana, this 30th day of June, 2008.

RALPH E. TYSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT